UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**REXNORD INDUSTRIES, LLC,**
        Plaintiff,

    v.                                    Case No. 12-C-0261

**BIGGE POWER CONSTRUCTORS,**
        Defendant.

---

### ORDER

Defendant Bigge Power Constructors has filed a notice of removal of a civil action from state court and asserts that federal jurisdiction exists under 28 U.S.C. § 1332(a) because the parties are diverse and the amount in controversy exceeds $75,000. The plaintiff, Rexnord Industries LLC, is a limited liability company, and the citizenship of a limited liability company is the citizenship of each of its members. See, e.g., Wise v. Wachovia Sec., LLC, 450 F.3d 265, 267 (7th Cir. 2006). However, the notice of removal does not identify the citizenship of Rexnord's members, and so I cannot satisfy my independent duty to ensure that federal jurisdiction exists.

**THEREFORE, IT IS ORDERED** that Bigge identify the citizenship of each of Rexnord's members within ten days of the date of this order.

Dated at Milwaukee, Wisconsin, this 10th of April, 2012.

                                                s/_____
                                                LYNN ADELMAN
                                                District Judge